UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,       Case No. 1:05:CR:241

v.

                          HON. GORDON J. QUIST

JERRY P. DREYER,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 28, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jerry P. Dreyer's pleas of guilty to Counts One and Two of the Superseding Information are accepted. Defendant Jerry P. Dreyer is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 23, 2006                                           /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE